**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 208 EAL 2018
                              : 
            Respondent           : 
                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court
           v.                           : 
                              : 
                              : 
ELIJAH WASHINGTON,             : 
                              : 
           Petitioner             : 

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.